**EXHIBIT "3"**



