# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX INTERACTIVE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEVICEWEAR, LLC,<br><br>    Defendant. | Case No.: 2:16-cv-02932-MCE-EFB<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

Based upon the stipulation of dismissal signed and filed by MAX INTERACTIVE, INC. and DEVICEWEAR, LLC, representing all parties who have appeared in this action, the Court hereby dismisses this action, with prejudice, each party to bear its own fees and costs, pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: February 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE